In the United States District Court
for the Northern District of Illinois
Eastern Division

AE

Robert Williams
Plaintiff

-vs-

Sheriff of County Et, AL,
Defendants.

07CV6646
JUDGE COAR
MAGISTRATE JUDGE MASON

RECEIVED
NOV 2 6 2007  MB
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AGgrevation Lawsuit

I'm Filing this lawsuit Against, the Sheriff of Cook County, And Cook County Illinois. The defendants violated my Constitutional rights. Which are Secured by the fourth and fourteenth Amendments to the Constitution of United States. As a Result of S.T.D testing if males processed into the Cook County Jail. I was Subjected to a None Consensual insertion of a Swab into my penis as part of admission to the jail. I've been Subject to this treatment, between 1988 to 2005 everytime I came into the Cook County Jail. And it hurt real bad when they inserted the Swab in my penis. I know that it is a class action lawsuit about this Same violation. I wish to be compensated for all the times, I've been poke with the swab. I don't think one or two hundred Dollars, is enough for my pain and Suffering.

I certify under penalties of perjury as a provider by law that the above statements are true.

Date: November 15, 2007

Robert Williams
signature