**FILED**

MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert Williams
-VS-
Cook County Sheriff

Judge Coar
Case 07C6646

I'm informing The Courts of my change of address. My Current address is as follow. 4528 n. Magnolia Chicago IL 60640.

Sincerely Robert Williams