Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6646 | **DATE** | May 19, 2008 |
| **CASE TITLE** | Robert Williams (#2007-0013791) v. Cook County Sheriff | | |

**DOCKET ENTRY TEXT:**

Plaintiff Robert Williams has not submitted a completed *in forma pauperis* application.  Nor has plaintiff informed the court whether he wants to proceed with this case.  The court dismisses this case without prejudice. All pending motions are denied.


/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

isk